Case 4:22-cr-00077-BMM   Document 150   Filed 02/16/23   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>KAYLEE JADE JACKSON,<br><br>　　　　　　　　Defendant. | **CR-22-77-BMM**<br><br>**ORDER** |

　　　　A Grand Jury indicted Kaylee Jade Jackson ("Jackson") on one count of kidnapping an individual under the age of eighteen, in violation of 18 U.S.C. § 1201(a) and 18 U.S.C. § 1153(a). (Doc. 1). Jackson now has filed Motions in Limine seeking to exclude certain evidence and potential argument at trial. (Doc. 126.) The Court held a hearing on Jackson's Motions in Limine on January 26, 2023. (Doc. 139.) The motion is **DENIED** without prejudice for the reasons stated in open court. Jackson may renew her motion during trial if the Government seeks to introduce additional evidence related to Jackson's social media accounts.

　　　　Dated this 16th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Brian Morris_
　　　　　　　　　　　　　　　　　　　　　　　　Brian Morris, Chief District Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court