# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **CR-22-77-GF-BMM** |
| Plaintiff, | |
| vs. | |
| | **ORDER** |
| KAYLEE JADE JACKSON, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 8, 2026. (Doc. 269.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on April 8, 2026.  (Doc. 268.)  The government accused Kaylee Jade Jackson (Jackson) of violating the conditions of her supervised release by: (1) consuming alcohol on or about

February 5, 2026; (2) failing to report for substance abuse testing on February 26, 2026, and March 9, 2026; (3) consuming alcohol and using methamphetamine on or about February 26, 2026; and (4) using methamphetamine between February 28, 2026, and March 10, 2026. (Doc. 260.)

At the revocation hearing, Jackson admitted that she had violated conditions 1-4 of her supervised release as set forth in the Petition. The Court advised Jackson of her right to appeal and to allocute before the undersigned, she waived those rights. (Doc. 268.)

Judge Johnston found that the violations Jackson admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of Time Served, with 59 months of supervised release to follow.  Judge Johnston recommended Jackson, at the direction of her probation officer, attend in-patient substance abuse treatment at Passages for 90-days.  (Doc. 269.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 269 ) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Kaylee Jade Jackson be sentenced to time served, with 59 months of supervised release to follow. Jackson at the direction of her probation officer, will attend in-patient substance abuse treatment at Passages for 90-days.

DATED this 9ᵗʰ day of April 2026.


_____
Brian Morris, Chief District Judge
United States District Court