**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KAYLEE JADE JACKSON,

Defendant.

**CR-22-77-GF-BMM**

**ORDER**

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on November 11, 2026. (Doc. 307.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on November 9, 2026. (Doc. 306.) The government accused Kaylee Jackson (Jackson) of violating the conditions of her supervised release by: (1) failing to report for her out-patient substance abuse treatment intake on August 13, 2026 and by: (2) failing to report to her probation officer as directed since August 13, 2026, with her whereabouts unknown until her arrest on October 12, 2026; and (3) failing to provide her probation officer with ten (10) days' notice of a change in the residence approved by her probation officer between August 13, 2026, to October 12, 2026. (Doc. 289 and 305.)

At the revocation hearing Jackson admitted that she had violated conditions 1 and 2 as set forth in the Amended Petition. Judge Johnston dismissed violation 3, upon the Government's motion. (Doc. 306.) Judge Johnston found that the violations Jackson admitted proves serious and warrants revocation, and recommended that she receive a custodial sentence of 3 months, with 56 months of supervised release to follow. Judge Johnston recommended that during the term of her supervised release, Jackson shall be placed in a secure in-patient substance abuse treatment facility for a period of up to 90 days at the direction of her probation officer. Judge Johnston further recommended that Jackson serve the custodial portion of her sentence at the Roosevelt County Detention Center. (Doc. 307.) Judge Johnston advised Jackson of her right to appeal and to allocute before the

undersigned. She waived those rights. (Doc. 306.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Amended Findings and Recommendations (Doc. 307) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Kaylee Jackson be sentenced to custody for 3 months, with 56 months of supervised release to follow. During the term of her supervised release, Jackson shall be placed in a secure in-patient substance abuse treatment facility for a period of up to 90 days at the direction of her probation officer. Jackson will serve the custodial portion of her sentence at the Roosevelt County Detention Center.

DATED this 20th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts